## IN THE UNITED STATES BANKRUPTCY COURT
## IN THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  BANKRUPTCY NO: 14-10657-JDW
JERLENE PRYOR
827 MOUNT PEEL RD
HOLLY SPRINGS, MS 38635-7206

### NOTICE AND MOTION TO DISMISS

**COMES NOW**, Locke D. Barkley, the duly appointed and qualified Standing **TRUSTEE** in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

**NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

**WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

**DATED**: 09/20/2018

Locke D. Barkley
Chapter 13 Trustee
P.O. Box 1859
Memphis, TN  38101-1859

Locke D. Barkley
Chapter 13 Trustee
6360 I-55 North
Suite 140
Jackson MS  39211
(601) 355-6661

**AMOUNT DUE**:  $1,854.00
(As of 9/19/2018 through the end of 9/2018)
Plus accruing payments

**(PAYMENTS ONLY)**   **(CORRESPONDENCE)**

**DATE DUE**:  10/11/2018

### CERTIFICATE OF SERVICE

I, Locke D. Barkley, Standing Trustee, do hereby certify that I have electronically filed the foregoing with the Clerk of Court using CM/ECF system, and hereby further certify that I have served a copy of the foregoing upon the debtor(s), debtor's attorney of record and to the Office of the U.S. Trustee via electronic notice or mail.

**DATED: 09/20/2018**

/s/ Locke D Barkley
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE

DEBTOR'S ATTORNEY

KAREN SCHNELLER
JONES & SCHNELLER
P O BOX 417
HOLLY SPRINGS, MS 38635-0417