

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: JERLENE PRYOR**                                    **CHAPTER 13**

**DEBTOR**                                                  **CASE NO. 14-10657 JDW**

### ORDER ALLOWING WITHDRAWAL OF DOCUMENT [DKT NO. 84 ]

This matter came before the Court on the Motion of Debtor requesting the issuance of an order allowing withdrawal of the Motion to Reinstate debtor's case. [Dkt. 84], and the court hereby finds as follows:

IS, THEREFORE, ORDERED that Debtor's Motion to Reinstate Case [Dkt. 84] is hereby withdrawn.

**#ENDOFORDER#**

Prepared By:

Karen B. Schneller, MSB #6559
Robert H, Lomenick, MSB #104186
SCHNELLER & LOMENICK, P.A.
126 North Spring Street
Post Office Box 417
Holly Springs, MS 38635
662-252-3224 Telephone
662-252-2858 Facsimile
karen.schneller@gmail.com/rlomenick@gmail.com